**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_____GAINESVILLE_____ **DIVISION**


## § 2241 HABEAS CORPUS PETITION FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 2241
## OR IN ACTIONS CHALLENGING REMOVAL PROCEEDINGS


Mary Weeks                              ,

Inmate/Alien # __11056-002__ .

FPC Marianna

P. O. Box 7006  Cherokee A

Marianna, FL 32447-7006          .

(Enter full name of Petitioner,
prison number or alien [A] number, if applicable,
AND address of place of confinement.)

2:05CV626-F

vs.

Jose Barron, Jr., Warden          ,

In His Capacity As                ,

Warden At FPC Marianna            ,

(Women's Facility)                ,

_____

(Enter name and title of each Respondent.
If additional space is required, use the blank
area below and directly to the right.)

CASE NO:  __5:04CV353~~RH~~/AK__  _SPM_
(To be assigned by Clerk)


## ALL APPLICANTS MUST COMPLETE THIS ENTIRE FORM

SCANNED/POSTED/RETURNED IN FLND

Date 12/3/04 By SL

4

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIS. FLA.
GAINESVILLE, FLA.

2004 DEC -1  PH 3: 13

FILED

## ANSWER ALL OF THE FOLLOWING:

1.   This petition concerns (check where applicable):

    (a).   ☐   a conviction
    (b).   ☐   a sentence
    (c).   ☐   prison disciplinary action or other action resulting in lost gain time credits
    (d).   ☐   parole
    (e).   ☐   immigration/removal
    (f).   ☒   other (explain):   __Good Conduct Time Computation__

2.   Provide the following information regarding the conviction(s) and sentence(s) for which you are presently incarcerated:

    (a).  Name(s) and location(s) of court:  _Alabama, Middle District_

    (b).  Case Number(s):  _1:02CR00078-001_

    (c).  Charge(s) for which you were convicted:  _18 U.S.C. 1344 Bank Fraud_

    (d).  What was your plea?  (Check one)
        (1)  Not Guilty          ☐
        (2)  Guilty               ☒
        (3)  Nolo contendere   ☐

    (e).  Did you appeal from the judgment of conviction?      Yes  ☐       No  ☒

3.   If you did appeal, answer the following:

    (a)  Name of Court: _____   Case #: _____

    (b)  Result: _____

    (c)  Date of opinion and mandate (citation, if known): _____

4.   Claims that challenge your conviction or imposition of sentence can only be raised by motion under 28 U.S.C. § 2255 unless the § 2255 motion is inadequate or ineffective to test the legality of your detention.  If any of the grounds raised above challenge your conviction or sentencing:

    (a)  Have you filed a motion under 28 U.S.C. § 2255?
        Yes  ☒☒          No  ☐
    If yes, please provide the case #, where filed, relevant date(s), and the results: _____

    _1:04CV869-4 Middle District of Alabama_

    _Filed 9-13-04    Results--Pending_

(b). Explain why the remedy under § 2255 was or is inadequate or ineffective: _____

_____

_____

_____

_____

5.   Are you currently represented by counsel in this case or in any other court case?

     Yes  ☐     No  ☒
If yes, please explain: _____

6.   If this case concerns removal proceedings:
(a)  Date of final order of removal: _____

(b)  Did you file an appeal with the Board of Immigration Appeals?   Yes ☐          No ☐

7.   In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully. Briefly summarize the specific facts in support of each ground raised. Conclusions that are not supported by specific facts are insufficient. You may attach additional pages if necessary to raise additional grounds or provide additional facts. Do not cite any law in your statement of facts.

(a).  Ground one: _The Bureau of Prisons is violating due process by_____

_improperly depriving prisoners of Good Time based on an erroneous_

_interpretation of 18 U.S.C. 3624(b)._____

_____

Supporting FACTS (state *briefly* without citing cases or law): _I should be earning_

_168 Days in Good Conduct Time based on my 37 Months Sentence.  The_

_Bureau of Prisons is calculating 145 Days based on each year served,_

_not the sentence imposed._____

_See Attached Computation Data "Exhibit A"._

_____

Exhaustion:
[1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
     Yes ☐  No ☒
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

_Administrative Proceeding would have been futile._____

_____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?          Yes  ☐          No  ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

_____

(b).  Ground two:  _____

_____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

Exhaustion:

[1] - Have you presented ground two to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
          Yes  ☐    No  ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s).  Include any appeals:

_____

_____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground two to the Board of Immigration Appeals?          Yes  ☐          No  ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

_____

(c).  Ground three:  _____

_____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

Exhaustion:
[1] - Have you presented ground three to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
    Yes  ☐   No  ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).  Include any appeals:

_____

_____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground three to the Board of Immigration Appeals?                Yes  ☐        No  ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

_____

(d).  Ground four: _____

_____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

Exhaustion:
[1] - Have you presented ground four to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
    Yes  ☐   No  ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).  Include any appeals:

_____

_____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground four to the Board of Immigration Appeals?          Yes ☐        No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

_____

8.    WHEREFORE, based upon the grounds raised above, Petitioner prays that the court will grant the

following relief:   To have the Computation of my Good Conduct Time corrected

to 168 Days rather than 145 Days. _____

_____

_____

_____

_____

_____

## DECLARATION

I declare under penalty of perjury that I have read the above and the information contained herein is true and correct.

_Nov 24, 2004_                           _Mary L Weeks_
     (Date)                                 Signature of Petitioner

### IF MAILED BY PRISONER:

I declare or state under penalty of perjury that this petition was (check one):

☐ delivered to prison officials for mailing,  or  ☒ deposited in the prison's internal mail system on:

_Nov 26, 2004_   (date).        Mailed to family, who will forward
                                $5.00 Filing Fee to Clerk's Office.

_Mary L Weeks_
     Signature of Petitioner

Revised 07/02

6

```
   MNAD8  542*22 *              SENTENCE MONITORING         *   " 08-11-2004
   PAGE 001 OF 001 *              GOOD TIME DATA            *  ·,  12:29:25
                                  AS OF  08-11-2004

   REGNO...: 11056-002    NAME: WEEKS, MARY
   ARS 1...: MNA A-DES                               PLRA
   COMPUTATION NUMBER..: 010            FUNC..: PRT   ACT DT:
   LAST UPDATED:  DATE.: 01-05-2004     FACL..: MNA    CALC: AUTOMATIC
   UNIT................: CHEROKEE       QUARTERS............: X01-009L
   DATE COMP BEGINS....: 10-24-2002     COMP STATUS.........: COMPLETE
   TOTAL JAIL CREDIT...: 1              TOTAL INOP TIME.....: 0
   CURRENT REL DT......: 09-29-2005 THU EXPIRES FULL TERM DT: 11-22-2005
   PROJ SATISFACT DT...: 06-30-2005 THU PROJ SATISF METHOD..: GCT REL
   ACTUAL SATISFACT DT.:                ACTUAL SATISF METHOD:
   DAYS REMAINING......:                FINAL PUBLC LAW DAYS:

   -----------------------GOOD CONDUCT TIME AMOUNTS-----------------------

      START       STOP      MAX POSSIBLE TO    ACTUAL TOTALS   VESTED   VESTED
      DATE        DATE      DIS    FFT        DIS    FFT       AMOUNT    DATE
   10-23-2002  10-22-2003   54     54
   10-23-2003  10-22-2004   54
   10-23-2004  06-30-2005   37

      TOTAL EARNED AMOUNT..........................................:      54
      TOTAL EARNED AND PROJECTED AMOUNT............................:     145
```

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
  MNAD8  540*23 *            SENTENCE MONITORING        *        08-11-2004
PAGE 002 OF 002 *           COMPUTATION DATA           *        12:29:08
                            AS OF 08-11-2004
```

REGNO..: 11056-002 NAME: WEEKS, MARY


-----------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-05-2004 AT MNA AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 10-24-2002
TOTAL TERM IN EFFECT............:    37 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS       1 MONTHS
EARLIEST DATE OF OFFENSE........: 11-30-2000

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     07-09-2002    07-09-2002

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 145
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 06-30-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 11-22-2005


PROJECTED SATISFACTION DATE.....: 06-30-2005
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: COMP CHANGED DUE TO SENTENCE REDUCTION FROM 46 MONTHS TO 37
                MONTHS




G0000        TRANSACTION SUCCESSFULLY COMPLETED

```
  MNAD8  540*23 *              SENTENCE MONITORING          *    08-11-2004
PAGE 001           *          COMPUTATION DATA             *    12:29:08
                                AS OF 08-11-2004


REGNO..: 11056-002 NAME: WEEKS, MARY


FBI NO..........: 768567WB1         DATE OF BIRTH: 02-04-1948
ARS1.............: MNA/A-DES
UNIT.............: CHEROKEE          QUARTERS.....: X01-009L
DETAINERS........: NO               NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 03-25-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-30-2005 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: ALABAMA, MIDDLE DISTRICT
DOCKET NUMBER...................: 1:02CR00078-001
JUDGE...........................: W. HAROLD ALBRITTON
DATE SENTENCED/PROBATION IMPOSED: 09-12-2002
DATE COMMITTED..................: 10-24-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:   $100.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO     AMOUNT: $1,019,326.29

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 156
OFF/CHG: 18 USC 1344 BANK FRAUD

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   46 MONTHS
  TERM OF SUPERVISION............:    5 YEARS
  NEW SENTENCE IMPOSED...........:   37 MONTHS
  BASIS FOR CHANGE...............: RULE 35 CHANGED CIRCUMSTANCE
  DATE OF OFFENSE................: 11-30-2000




G0002      MORE PAGES TO FOLLOW . . .
```