Page 1 of 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MARY WEEKS,

    Petitioner,

vs.

2:05CV626-F

5:04-CV-353-SPM/AK

JOSE BARRON, JR.,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND TRANSFERRING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 8) dated April 5, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 8) is adopted and incorporated by reference in this order.



2. This case is hereby transferred to the United States District Court for the Middle District of Alabama.

3. The clerk is directed to immediately take all steps necessary to effectuate the transfer.

**DONE AND ORDERED** this <u>thirteenth</u> day of June, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk
By: [signature]
Deputy Clerk