**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**OFFICE OF THE CLERK**

WILLIAM M. MCCOOL
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

SHEILA HURST-RAYBORN
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Visit our web site at www.flnd.uscourts.gov

Reply to: Gainesville Division

June 14, 2005

To:   Clerk, United States District Court
      Middle District of Alabama
      P.O. Box 711
      Montgomery, AL   36101-0711

Re:   WEEKS V. BARRON
      FLN Case No. 5:04CV353 SPM/AK

The above-styled civil action is being transferred to your district pursuant to an order entered on June 13, 2005, by Judge Stephan P. Mickle.

Attached are a certified copy of the docket sheet, a certified copy of the order of transfer, and all other original pleadings filed to date.

Please acknowledge receipt on the enclosed copy of this letter of transmittal.

WILLIAM M. McCOOL, CLERK

_____
Deputy Clerk: Adelita Tinaya-Miller

Attachments

Date of receipt of case in your district:

Your Case No:

The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.

Gainesville Division
401 SE 1st Avenue
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

Pensacola Division
1 N. Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301
850.521.3501
850.521.3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769.4556
850.769.7528 FAX