IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARY WEEKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-626-F |
| | ) | |
| JOSE BARRON, JR., | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

The instant 28 U.S.C. § 2241 petition for writ of habeas corpus was originally filed by Mary Weeks ("Weeks") in the United States District Court for the Northern District of Florida on December 1, 2004. At that time, Weeks was incarcerated in FPC Marianna located in Marianna, Florida. In her petition, Weeks challenges the Bureau of Prison's ("BOP") calculation of her good conduct time. Specifically, the petitioner asserts that the BOP misinterpreted the federal good conduct statute and denied her the appropriate amount of good conduct time. Weeks requests that the BOP be required to correct the computation of her good conduct time.

On June 14, 2005, the United States District Court for the Norther District of Florida ordered the transfer of the instant case to this court in light of the petitioner's transfer to a community based facility located within the jurisdiction of the Middle District of

Alabama. Prior to the actual entry of this case on the docket, the petitioner completed service of her sentence.[1] As it is apparent at this juncture of the proceedings that Weeks has been released from federal custody, it is

ORDERED that on or before July 22, 2005 the petitioner shall show cause why this case should not be dismissed as moot.

DONE, this 18th day of July, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The Recommendation of the Magistrate Judge entered on April 5, 2005 indicates that Weeks was released from confinement on June 30, 2005.