IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY WEEKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:05-cv-0626-WKW |
| ) | |
| BUREAU OF PRISONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On August 6, 2007, the Magistrate Judge filed a Recommendation (Doc. # 8) in this case to which no timely objections were filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Report and Recommendation (Doc. # 8) is ADOPTED;

2. Plaintiff's 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED as moot;

3. This case is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

Done this 6th day of September 2007.

                                              /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE